■ CARMEN AGUILAR, Appellant, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents and Third-Party Plaintiffs-Respondents. FLORENCE XVI CENTURY MARBLE, INC., et al., Third-Party Defendants-Respondents. [706 NYS2d 329] —Order, Supreme Court, New York County (Robert Lippmann, J.), entered on or about September 18, 1998, which granted defendants' motions for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The complaint was properly dismissed upon a finding that the defect was trivial as a matter of law (*see*, *Trincere v County of Suffolk*, 90 NY2d 976). Concur—Sullivan, P. J., Nardelli, Ellerin, Wallach and Andrias, JJ.